

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-22-2002

# USA v. Wilson

Precedential or Non-Precedential:

Docket 0-3880

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"USA v. Wilson" (2002). *2002 Decisions.* Paper 195.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/195

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 00-3880
_____

UNITED STATES OF AMERICA

v.

GRANT WILSON,
                    Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
D.C. Criminal No. 99-cr-00567
(Honorable Herbert J. Hutton)
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
March 7, 2002

Before:  SCIRICA and COWEN, Circuit Judges, and
RESTANI, Judge, United States Court of International Trade*

(Filed: March 22, 2002)

*The Honorable Jane A. Restani, Judge, United States Court of
International Trade,
sitting by designation.

_____

OPINION OF THE COURT
_____

SCIRICA, Circuit Judge.

    This is an appeal from a judgment entered under a guilty plea to one
count of

possession of a firearm by a convicted felon in violation of 18 U.S.C. 922(g)(1). We will affirm.

Following his sentencing, defendant filed a notice of appeal. His court-appointed attorney subsequently filed an Anders brief, stating there were no non-frivolous issues for appeal. Anders v. California, 386 U.S. 738 (1967). Thereafter, however, defense counsel filed an amended brief stating there was a non-frivolous issue for appeal; namely, the constitutionality of 18 U.S.C.  922(g)(1). Defendant argues this section is outside of Congress's power to regulate interstate commerce and all other sources of congressional authority.

Subsequent to the filing of defendant's supplemental brief, this court decided United States v. Singletary, 268 F.3d 196 (3d Cir. 2001), in which we upheld the constitutionality of  922(g)(1) against the same argument as that advanced by defendant. Therefore, defendant's constitutional challenge fails.

None of the issues proffered by counsel for the defendant in his Anders brief are meritorious. Accordingly, we will affirm the judgment of conviction and sentence.

TO THE CLERK:

Please file the foregoing opinion.


/s/Anthony J. Scirica
Circuit Judge